**FILED**

JUL 10 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SS

In The United States District Court
Northern District of Illinois
Eastern Division

| | | |
|---|---|---|
| United States of America | ) | |
|    Plaintiff | ) | Judge: Andrea R. Wood |
| | ) | |
| vs. | ) | Case No: 15 CR 56 |
| | ) | |
| Walter Pacheco Trejos | ) | |
|    Defendant | ) | |

## Motion for Substitution of counsel

Now comes the defendan, Walter Pacheco Pro se, by and through his own means and requests the Court to enter an order to schedule a hearing on THE MOTION FOR SUBSTITUTE COUNSEL. and in support thereof states:

1. That attorney, Gerardo Gutierrez, was appointed by this court to the Criminal Justice Act to represent the defendant, Walter Pacheco, in the case before bar.

2. Defendant has irreconcilable differences with counsel of record that has resulted in the total lack of communication preventing an adequate defense in the case before bar, within the meaning of UNITED STATES v. BJORKMAN, 270 F. 3d 482 (7th. Cir, 2001).

Wherefore, defendant, Walter Pacheco, Pro Se, to move this Honorable Court to schedule a hearing on the matter.

Prepared by, Walter Pacheco   Defendant - Pro Se

Walter Pacheco Trejos
#46794424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago IL
60605


07/10/2017-66



Legal Mail

Thomas G. Bruton
Clerk of District
219 S. Dearbon
Chicago, IL
60604

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 7-6-2017