FILED
AUG 20 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | Judge: Andrea Wood |
| vs ) | |
| Walter Pacheco Trejos ) | Case No: 15-CR-56 |
| Defendant ) | |

## Motion for Substitution of Counsel

Now comes the defendant, Walter Pacheco Trejos Pro Se, by and through his own means and requests the court to enter an order to schedule a hearing on THE MOTION FOR SUBSTITUTE COUNSEL, and in support thereof states:

1. That attorney, Christopher W. Graul, was appointed by this court to the Criminal Justice Act to represent the defendant, Walter Pacheco Trejos, in the case before bar.

2. Defendant has irreconcilable differences with Counsel of record that has resulted in the total lack of communication preventing an adequate defense in the case before bar, within the meaning of UNITED STATES v. BJORKMAN, 270 F. 3d 482 (7th. Cir. 2001).

3. The attorney in several opportunities has ignored me when I ask to add to the memorandum of sentence a fragments of conversation included in my discovery.

4. I send to you the original printed e-mails that I had sent him where I'm asking for those fragments to add.

5. When the Honorable Judge gave us the opportunity of add a supplement for the memorandum of sentece, I insist again to add those texts, situation that he ignore again and only he add letters from relatives and friends.

6. For me it is very important to add those texts (official), because these official text play a very important roll in the clarification of my own part or involvement in the ofense.

7. I apologize to the court and the prosecuter, I know that it is my fourth attorney exchanged, but I am asking you to understand that I am trying to save is my own life, thats why I ast for an honest defense as posible could. Situation that my before attorneys not were. I am sure that I am under the law for what I am asking to, because the texts that I want to add are already in my evidence documents that the prosecuter had gave me.

Wherefore, defendant, Walter Pacheco Trejos, Pro Se, to moue this Honorable Court to schedule a hearing on the matter.

Prepared by Walter Pacheco Trejos, defendant Pro Se.

Walter Pacheco Trejos
#46794424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL. 60605

FROM: 46794424
TO: Graul, Christophe
SUBJECT: Walter Pacheco
DATE: 08/13/2018 02:28:28 PM

Buenas tardes abogado,

Su silencio me dio a entender que usted no metio los datos y documentos que le e pedido que ingrese por mas de 6 meses. Doy por hecho que me volvio a ignorar en mi eterna y constante peticion.

Ya me ignoro el tiempo entre mi firma de culpabilidad y la fecha limite para ingresar el memorandum de sentencia. Y ahora estoy entendiendo que me vuelve a ignorar en esta segunda oportunidad que nos da la Honorable Juez para ingresar un suplemento de memorandum de sentencia.

Ya no puedo con esta relacion. Le aviso respetuosamente que hoy lunes 13 de Agosto del 2018 estoy enviando una mocion para sustituirlo como mi abogado.

Gracias.

FROM: 46794424
TO: Graul, Christophe
SUBJECT: RE: RE: atencion!
DATE: 08/11/2018 08:05:29 PM

Yo entendi lo de las traducciones ya.
Yo estoy hablando de las cosas que le mande que necesito que agregue a un suplemento de memorandum. La carta grande que le envie certificada.
-----Graul, Christophe on 8/11/2018 5:51 PM wrote:

\>

The translations are DONE, FINISHED, COMPLETE. And already filed with the court. Your translations are NOT acceptable by the court; they needed to be done by a certified court-approved translator. I told you that many times.

I will come by to see you this week.

WALTER PACHECO-TREJOS on 8/11/2018 9:52:26 AM wrote
mr graul le comunico que deceo,quiero y necesito utilizar muy super bien este suplemento del memorando de sentencia enunciando ahi temas que usted no a abordado y son muy importantes y estrategicos para mi sentencia y demostrar asi mi minima participacion y la no utilizacion de una tecnica sofisticada para un dinero que habia sido ya lavado cuando paso por mis manos !por eso en el correo que le llego el dia 7 de agosto dia martes anterior ahi van cosas muy importantes !yo aca le tengo copias el correo fue recibido por KARA FUSS necesito que ese SUPLEMENTO SEA COMPLETO !POR FAVOR Y LEA DETENIDAMENTE CUAL VA A SER MI ACTITUD PARA ACLARAR TODO EL DIA 22 DIA DE CORTE RECUERDE EL INGRESO DE ESTOS DOCUMENTOS ES EL PROXIMO JUEVES 16
 hay un tema y varios mejor que usted nunca a abordado ni en el memorando ni menos en la corte es el de las llamadas donde se me trata como un simple mensajero (trabajador o chalan ) ademas de las indicaciones que me daban y lo cual me daban a mi como pago (ahi se le aclarararia a la honorable juez la pregunta que le hizo al fiscal de cuanto eran mis pagos ) y tambien varias cosas como la cantidad de dinero en dolares y otras que fueron en pesos mexicanos (TODO ESTO ESTA EN LOS CDS QUE TENGO Y Q ME FUERON ENTREGADOS POR LA FISCALIA ) CDS QUE PIENSO LLEVAR A CORTE

MUCHAS GRACIAS

SACAR COPIA
-----Graul, Christophe on 8/10/2018 10:21 PM wrote:

\>

THe letters have been translated and are filed with the court, along with a new photograph from Sharon of her graduation. You are confused as to what is happening: there is no further hearing. The judge is going to read the letters before the next court date, and she is then going to enter a sentence. I will explain it when I come to see you this week.
Las cartas han sido traducidas y archivadas en la corte, junto con una nueva fotograf??a de Sharon de su graduaci??n. Usted est?? confundido sobre lo que est?? sucediendo: no hay m??s audiencia. El juez leer?? las cartas antes de la pr??xima cita en el tribunal y luego ingresar?? una oraci??n. Lo explicar?? cuando venga a verte esta semana.

WALTER PACHECO-TREJOS on 8/6/2018 7:06:54 PM wrote
My daughter sent to you many papers work about my last process in Colombia and some paper explaining that I do not have any pending problem in Colombia. All this papers is because I want to clear to the judge any about my last process. I want to you read to the judge everything about it. Please.

I sent a big letter to you with many paper and information that I WANT in the supplement memorandum. Please do not take nothing out, I WANT all of this information in. Please!!.

If the official translator in not on time, you need to request more time to the judge, because I need everything in, I don't care still waiting, I want a professional, complete paper work. Please.

Any questions please let me know.
-----Graul, Christophe on 8/6/2018 5:21 PM wrote:

&gt;

El tribunal no puede aceptar traducciones hechas por personas que el tribunal no aprob?? como traductores adecuados. El traductor que contrat?? los tendr?? terminados a tiempo, espero.

WALTER PACHECO-TREJOS on 7/26/2018 12:37:05 PM wrote
I offer you that I can do honestly the translation into English of the 21 letters from relatives and 20 of the biblical group of MCC, some of them are in English alredy, without a charge, and faster.

The matter of the suplement of the sentencing memorandum do not worry that I am doing it here, I think that I can send it in thursday, August 9th.

Thank you very much for your atention, Have a good one!
God with us,
Walter Pacheco

FROM: 46794424
TO: Graul, Christophe
SUBJECT: atencion!
DATE: 08/11/2018 08:33:45 AM

mr graul le comunico que deceo,quiero y necesito utilizar muy super bien este suplemento del memorando de sentencia enunciando ahi temas que usted no a abordado y son muy importantes y estrategicos para mi sentencia y demostrar asi mi minima participacion y la no utilizacion de una tecnica sofisticada para un dinero que habia sido ya lavado cuando paso por mis manos !por eso en el correo que le llego el dia 7 de agosto dia martes anterior ahi van cosas muy importantes !yo aca le tengo copias el correo fue recibido por KARA FUSS necesito que ese SUPLEMENTO SEA COMPLETO !POR FAVOR Y LEA DETENIDAMENTE CUAL VA A SER MI ACTITUD PARA ACLARAR TODO EL DIA 22 DIA DE CORTE RECUERDE EL INGRESO DE ESTOS DOCUMENTOS ES EL PROXIMO JUEVES 16
 hay un tema y varios mejor que usted nunca a abordado ni en el memorando ni menos en la corte es el de las llamadas donde se me trata como un simple mensajero (trabajador o chalan ) ademas de las indicaciones que me daban y lo cual me daban a mi como pago (ahi se le aclarararia a la honorable juez la pregunta que le hizo al fiscal de cuanto eran mis pagos ) y tambien varias cosas como la cantidad de dinero en dolares y otras que fueron en pesos mexicanos (TODO ESTO ESTA EN LOS CDS QUE TENGO Y Q ME FUERON ENTREGADOS POR LA FISCALIA ) CDS QUE PIENSO LLEVAR A CORTE

MUCHAS GRACIAS

SACAR COPIA
-----Graul, Christophe on 8/10/2018 10:21 PM wrote:

>

THe letters have been translated and are filed with the court, along with a new photograph from Sharon of her graduation. You are confused as to what is happening: there is no further hearing. The judge is going to read the letters before the next court date, and she is then going to enter a sentence. I will explain it when I come to see you this week.
Las cartas han sido traducidas y archivadas en la corte, junto con una nueva fotografía de Sharon de su graduación. Usted está confundido sobre lo que está sucediendo: no hay más audiencia. El juez leerá las cartas antes de la próxima cita en el tribunal y luego ingresará una oración. Lo explicaré cuando venga a verte esta semana.

WALTER PACHECO-TREJOS on 8/6/2018 7:06:54 PM wrote
My daughter sent to you many papers work about my last process in Colombia and some paper explaining that I do not have any pending problem in Colombia. All this papers is because I want to clear to the judge any about my last process. I want to you read to the judge everything about it. Please.

I sent a big letter to you with many paper and information that I WANT in the supplement memorandum. Please do not take nothing out, I WANT all of this information in. Please!!.

If the official translator in not on time, you need to request more time to the judge, because I need everything in, I don't care still waiting, I want a professional, complete paper work. Please.

Any questions please let me know.
-----Graul, Christophe on 8/6/2018 5:21 PM wrote:

>

El tribunal no puede aceptar traducciones hechas por personas que el tribunal no aprob?? como traductores adecuados. El traductor que contrat?? los tendr?? terminados a tiempo, espero.

WALTER PACHECO-TREJOS on 7/26/2018 12:37:05 PM wrote
I offer you that I can do honestly the translation into English of the 21 letters from relatives and 20 of the biblical group of MCC, some of them are in English alredy, without a charge, and faster.

The matter of the suplement of the sentencing memorandum do not worry that I am doing it here, I think that I can send it in thursday, August 9th.

Thank you very much for your atention, Have a good one!

God with us,
Walter Pacheco

TRULINCS 46794424 - PACHECO-TREJOS, WALTER - Unit: CCC-F-A

FROM: 46794424
TO: Graul, Christophe
SUBJECT: RE: RE: MR Graul!
DATE: 08/11/2018 02:31:34 PM

CONTESTEME ESTAS PREGUNTAS ANTES DE VENIR, POR FAVOR

1- Usted no metio un suplemento al memorandum que ya ingreso???
2- El dia 22, tengo corte de continuacion o de sentencia???
3- Usted no aprovecho la oportunidad de agrandar la aclaracion acerca de mi minima participacion en el suplemento de sentencia???
4- Las cartas que le mande, que usted vio anteriormente y me dijo que las iba a ingresar, ya no las va a poder ingresar ???
5- Usted cerro el tiempo de ingreso de nuevos documentos sin consultarlo conmigo????
-----Graul, Christophe on 8/10/2018 10:21 PM wrote:

>

THe letters have been translated and are filed with the court, along with a new photograph from Sharon of her graduation. You are confused as to what is happening: there is no further hearing. The judge is going to read the letters before the next court date, and she is then going to enter a sentence. I will explain it when I come to see you this week.
Las cartas han sido traducidas y archivadas en la corte, junto con una nueva fotografía de Sharon de su graduación. Usted está confundido sobre lo que está sucediendo: no hay más audiencia. El juez leerá las cartas antes de la próxima cita en el tribunal y luego ingresará una oración. Lo explicaré cuando venga a verte esta semana.

WALTER PACHECO-TREJOS on 8/6/2018 7:06:54 PM wrote
My daughter sent to you many papers work about my last process in Colombia and some paper explaining that I do not have any pending problem in Colombia. All this papers is because I want to clear to the judge any about my last process. I want to you read to the judge everything about it. Please.

I sent a big letter to you with many paper and information that I WANT in the supplement memorandum. Please do not take nothing out, I WANT all of this information in. Please!!.

If the official translator in not on time, you need to request more time to the judge, because I need everything in, I don't care still waiting, I want a professional, complete paper work. Please.

Any questions please let me know.
-----Graul, Christophe on 8/6/2018 5:21 PM wrote:

>

El tribunal no puede aceptar traducciones hechas por personas que el tribunal no aprob?? como traductores adecuados. El traductor que contrat?? los tendr?? terminados a tiempo, espero.

WALTER PACHECO-TREJOS on 7/26/2018 12:37:05 PM wrote
I offer you that I can do honestly the translation into English of the 21 letters from relatives and 20 of the biblical group of MCC, some of them are in English alredy, without a charge, and faster.

The matter of the suplement of the sentencing memorandum do not worry that I am doing it here, I think that I can send it in thursday, August 9th.

Thank you very much for your atention, Have a good one!
God with us,
Walter Pacheco

**FILED**

AUG 20 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
For The Northern District of Illinois
Eastern Division

| | |
|---|---|
| United States of America | ) Judge Andrea Wood |
| v. | ) |
| Walter Pacheco Trejos | ) Case: 15-CR-56 |

## Prove of Service Request

Defendant request a waiver of service fees do to current status defendant is not able to pay. Please grant this request and serve copies to the Honorable Andrea Wood, Defense Counsel Christopher W. Graul, AUSA James P. Durkin. Defendant is currently indigent.

The Honorable Andrea Wood
District Judge
219 S. Dearborn St.
Chicago, IL. 60604

AUSA Jame P. Durkin
219 S. Dearborn St.
Chicago, IL. 60604

Defense Attorney
Christopher W. Graul
150 N. Michigan Av.
Suite 2800
Chicago, IL. 60601

Respectfully Requested by Defendant

Walter Pacheco Trejos
#46794-424
71 W. Van Buren St.
Chicago, IL. 60605

Walter Pacheco Trejos
#46794 424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago IL 60605

Legal Mail

08/20/2018-60

Thomas G. Bruton
Clerck of US District Court.
219 S. Dearborn St.
Chicago, IL. 60604




METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 08-14-2018

*Legal Mail*